# Exhibit 1

FILED
Marilyn Burgess
District Clerk
JUN 2 3 2026
Time: 4:01P
Harris County, Texas
By AlexisBurks Deputy

p.10

2026 42109

2026-42109

CAUSE NO.__________

| | | |
|---|---|---|
| JONIA MILBURN | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| V | § | |
| THE BLUE BIRD CIRCLE SHOP THE BLUE BIRD CIRCLE SALLY BARBER G. PATTERSON, PEACE OFFICER HOUSTON POLICE DEPARTMENT HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE | § | HARRIS COUNTY, TEXAS |
| Defendants. | § | 152ND JUDICIAL DISTRICT |

**PLAINTIFF S' ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Jonia Milburn, to file this Original Petition and Request for Disclosure, complaining against Defendants, The Blue Bird Circle Shop, Sally Barber, G. Patterson, Houston Police Department, and allege as follows:

**I.**

**DISCOVERY CONTROL PLAN**

Plaintiffs intend to conduct discovery under Level II of Rule 190.3 of the Texas Rule of Civil Procedure

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 1 of 10

**II.**

**PARTIES**

1. Plaintiff, Jonia Milburn, is an individual whose residency is, 2526 Sunlight Lane, Pearland, Texas 77584, and can be found in this county at all times.

2. Defendant, Sally Barber, upon information and belief is an individual who worked at the Blue Bird Circle Resale Shop on January 3, 2025. She may be served at the place of her employment, Blue Bird Circle Resale Shop, 615 W. Alabama Street, Houston, TX 77006.

3. Defendant, The Blue Bird Circle Resale Shop, upon information and belief, is a general merchandise re-sale and consignment store that deals with used items of clothing, furniture and home goods. The defendant may be served at, 615 W. Alabama Street, Houston, TX 77006.

4. Defendant, The Blue Bird Circle, upon information and belief, is the operator/owner of defendant, The Blue Bird Circle Resale Shop, located at 615 West Alabama Street, Houston, TX. The defendant may be served at, 615 W. Alabama Street, Houston, TX 77006.

5. Defendant, G. PATTERSON, upon information and belief, is a Peace Officer, with the Houston Police Department. He may be served

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 2 of 10

through the City of Houston Legal Department, 900 Bagby, 4th Floor, Houston, TX, 77002. He is sued in his individual and official capacities.

6. Defendant, Houston Police Department, upon information and belief, is a is a municipal governmental entity and may be served through the City of Houston Legal Department, 900 Bagby, 4th Floor, Houston, TX, 77002.

7. Defendant, Harris County District Attorney's Office, upon information an belief, is a governmental entity in the State of Texas, and may be served through the Office of the Harris County Attorney, 1019 Congress Plaza, 15th Floor, Houston, TX 77002.

**III.**

**VENUE AND JURISDICTION**

8. Venue is proper in Harris County pursuant to §15.002 *et seq.* of the Texas Civil Practice & Remedies Code because all the substantial part of the acts or omissions giving rise to the causes complained in this lawsuit occurred in Harris County, Texas.

9. As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff states that the damages sought are in an amount within the jurisdictional limits of this Court.

10. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 3 of 10

seeks monetary relief, the maximum of which is over $1,000,000.

## FACTS

11. On or about January 3rd, 2025, Plaintiff was lawfully in the Blue Bird Circle Resale Shop, where she bought and paid for a Tan Fur Coat.

12. Nearly eight months mater, on 8/7/2025, plaintiff was arrested on a pre-existing warrant which she later learned from the arrest documents that was issued on 1/15/2025. [Please see attached exhibits]

13. Plaintiff became aware from the accusatory instrument wrongfully filed by the Harris County Assistant District Attorney, that, defendant, Sally Barber, had unconscionably fabricated a narrative in which she accused plaintiff of stealing a black coat and a tan fur coat valued at $550.

14. Defendant Sally Barber, harboring racial animus, knowingly and willfully swore a false oath to the Houston Police Department and Harris County Assistant District Attorney which they negligently relied upon to issue a warrant for the arrest of plaintiff.

15. Defendant, G. Patterson, falsely and negligently corroborated Sally Barber's perfidious perjury by affirming on oath that he verified from a video surveillance footage and A TEXAS DRIVER'S LICENSE NUMBER: 07619233, that plaintiff was the one complained about by Sally Barber.

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 4 of 10

16. Although Plaintiff's driver's license number was not 07619233, defendant, Harris County District Attorney's Office, without due diligence or verification, proceeded to falsely and maliciously prosecute plaintiff and in so doing absolutely ruined her reputation, good name, family name, social existence, loss of economic well being and countless other damages their wanton bad acts have inflicted on her and her family name.

17. Plaintiff respectfully informs this Honorable court that her Texas driver's license number is 22922723, NOT 07619233.

18. Plaintiff was arrested, thrown in jail and humiliated and suffered irreparable damages in the negligent hands of defendants who racially profiled her as a Black Woman.

19. Plaintiff respectfully informs this Honorable court that the contents of the accusatory instrument used to prosecute her and bearing CAUSE NUMBER: 2546566, FILED IN HARRIS COUNTY CRIMINAL COURT, LAW# 8, was false and filled with racially biased perjurious innuendos which should never have been used.

20. After plaintiff discovered the falsehoods in the accusatory instrument used to prosecute her, she filed a motion before the same court and the case was dismissed on October 13, 2025, vindicating her factual allegation of malicious prosecution which relied on false statements

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 5 of 10

and content.

21. As such, plaintiff asserts nunc pro tunc, claims of irreparable damages against all named defendants for their participation in the wanton acts outlined in this complaint.

## IV.

## CLAIM FOR RELIEF

22. In accordance with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff Jonia Milburn, Individually, seeks monetary relief over $1,000,000, against defendant, Sally Barber.

23. In accordance with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff Jonia Milburn, Individually, seeks monetary relief over $1,000,000, against defendant, The Blue Bird Circle Resale Shop.

24. In accordance with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff Jonia Milburn, Individually, seeks monetary relief over $1,000,000, against defendant, The Blue Bird Circle.

25. In accordance with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff Jonia Milburn, Individually, seeks monetary relief over $1,000,000, against defendant, G. PATTERSON.

26. In accordance with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff Jonia Milburn, Individually, seeks monetary relief over

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 6 of 10

$1,000,000, against defendant, Houston Police Department.

27. In accordance with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff Jonia Milburn, Individually, seeks monetary relief over $1,000,000, against defendant, Harris County District Attorney's Office

28. In accordance with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff Jonia Milburn, Individually, seeks monetary relief over $1,000,000, against defendant, Houston Police Department.

## EXEMPLARY DAMAGES

29. Plaintiff seeks punitive or exemplary damages in order to punish and deter the outrageous conduct taken in heedless and reckless disregard of her protected Rights as outlined in this compliant wherein the defendants displayed unconscionable indifference to her rights, welfare and safety during from the time the ARREST WARRANT was wrongfully issued to her incarceration and prosecution in violation of the laws of the State of Texas and numerous Federal laws and statutes.

30. Plaintiff alleges that Defendants' conduct amounted to gross neglect, and/or malice.

31. **CLAIM FOR PREJUDGMENT AND POST-JUDGMENT INTEREST**

32. Plaintiff claims interest in accordance with Texas Finance Code §304.001 *et seq.* and any other applicable law.



For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 7 of 10

33. **JURY DEMAND**

34. Plaintiffs demand a jury trial and tender the appropriate fee with the original petition.

35. **NOTICE PURSUANT TO T.R.C.P. 193.7**

36. Plaintiff provides notice to Defendants pursuant to Rule 193.7 of the Texas Rules of Civil Procedure that Plaintiff may utilize as evidence during the trial of this lawsuit all documents exchanged by the parties in written discovery in this case.

37. **REQUEST FOR INITIAL DISCLOSURE AND NOTICE OF PRESERVATION**

38. Under Rule 194 of the Texas Rules of Civil Procedure, Plaintiffs request that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2 to be produced to Jonia Milburn, 2526 Sunlight Lane, Pearland, Texas 77584,

39. Defendants are hereby given notice that any document or other material, including electronically stored information, that may be evidence or relevant to any issue in this case is to be preserved in its present form until this litigation is concluded.

40. Affiant repespectfully seeks a finding of judgment against all defendants as per the foregoing rendition of facts and allegations.

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 8 of 10

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein and upon final hearing of this cause, Plaintiff obtain judgment against Defendants, jointly and severally, for damages described, for costs of suit, pre-judgment and post judgment interest permitted by law, and for such other relief to which Plaintiffs may be justly entitled.

Dated: ~~November 23, 2025~~ June 23, 2026 JM

Respectfully Submitted:

By: ______________________

Jonia Milburn

hwjd4me@hotmail.com
2526 Sunlight Lane
Pearland, Texas 77584
(713) 205-0264
Pro Se

Certificate of Service

I, Jonia Kaye Milburn, certify that on June 23, 2026 a true and correct copy of Plaintiff's Original Petition was delivered to Defendants Attorney(s)

______________________

Dr. Jonia Kaye Milburn

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 9 of 10

**JURAT**

The State of Texas

County of Brazoria

Subscribed and sworn to before me on this 23rd day of June, 20 26

by ______________.

(Seal)

SOMA CHAKRABORTY
Notary ID #129612579
My Commission Expires
October 31, 2029

(Notary's Signature)
Notary Public, State of Texas

For Official Governmental Use Only - Do Not Disseminate to the Public: 127382397 - Page 10 of 10

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this July 28, 2026

Certified Document Number: 127382397 Total Pages: 10

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**